# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                              Case No. 6:09-cr-247-Orl-28DAB

LEON HARMON,

        Defendant.

## ORDER

This case is before the Court on Defendant's Motion to Suppress Fruits of Illegal Stop, Search and Seizure and Request for Hearing (Doc. No. 18) filed September 23, 2011. The United States Magistrate Judge held a hearing on this matter on November 1, 2011 and has submitted a report recommending that the motion be Denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 8, 2011 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Harmon's Motion to Suppress Fruits of Illegal Stop, Search and Seizure (Doc. No. 18) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party